**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| JOHN STEPHEN RAVAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 5:25-cv-511 (MTT) |
| | ) |
| Sheriff DAVID DAVIS, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

Plaintiff John Stephen Ravan moves for court-appointed counsel. ECF 11. The Court has screened Plaintiff's complaint and ordered service by the United States Marshal Service on certain defendants. ECF 8. The Court also afforded Plaintiff sixty days to identify Defendant "Intake Nurse" and move to amend his complaint to assert certain claims against her. *Id.* Plaintiff states exceptional circumstances warrant the appointment of counsel. ECF 11 at 1–3. Specifically, Plaintiff states he was run over by a forklift and sustained many injuries, including a brain injury, impairing his cognitive function and ability to litigate this case. *Id.* at 1–2. He also requests additional time to identify Defendant Intake Nurse. *Id.* at 2–3.

"Appointment of counsel in a civil case is not a constitutional right." *Wahl v. McIver*, 773 F.2d 1169, 1174 (11th Cir. 1985) (citation omitted). Rather, "[i]t is a privilege that is justified only by exceptional circumstances." *Id.* (citation omitted). Plaintiff has not shown exceptional circumstances warranting the appointment of counsel in his civil case at this time. Defendants remain to be served, and discovery has not begun. But the Court will afford Plaintiff an additional sixty days to identify

Defendant Intake Nurse. The new identification deadline is August 10, 2026.

Accordingly, Plaintiff's motion (ECF 11) is **GRANTED in part** and **DENIED in part**.

    **SO ORDERED**, this 11th day of June, 2026.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

-2-